SCHOOL CITY OF ANDERSON v. LAMMERT ET AL.

[No. 12,121.   Filed March 19, 1925.   Rehearing denied June 24, 1925.]

MASTER AND SERVANT.—*Industrial Board's finding on a question of fact is binding on appeal.*—In a proceeding under the Workmen's Compensation Act, the question of whether the injured person was an employee of the defendant is a question of fact for the Industrial Board, and its finding must be accepted on appeal.

From Industrial Board of Indiana.

Application under the Workmen's Compensation Act for compensation by Katherine M. Lammert and others against School City of Anderson. From award for claimants, the defendant appeals. *Affirmed.* By the first division.

*Diven, Diven & Campbell,* for appellant.

*Charles E. Henderson* and *Clarence E. Wysong,* for appellees.

ENLOE, J.—From an award of compensation to appellees on account of the accidental death of the husband and father of appellees, this appeal is prosecuted, the contention of appellant being that said deceased was not an employee of appellant.

Putting the matter in its most favorable aspect as regards the contention of appellant, the question was one of fact for the Industrial Board, and upon this record, we cannot disturb its finding.   Affirmed.